█ In the Matter of Salvatore A. Bosco, Respondent, v County of Oneida et al., Appellants. — Judgment unanimously affirmed, with costs, on the memorandum decision at Supreme Court. (Appeal from judgment of Oneida Supreme Court — art 78.) Present — Simons, J. P., Hancock, Jr., Schnepp, Callahan and Doerr, JJ. [106 Misc 2d 872.]

█ Syracuse Thermal Products, Inc., Respondent, v Stephen A. Oliva et al., Appellants. — Judgment unanimously affirmed, with costs, for the reasons stated at Trial Term. (Appeal from judgment of Onondaga Supreme Court — specific performance.) Present — Dillon, P. J., Cardamone, Simons, Schnepp and Doerr, JJ.

█ The People of the State of New York, Respondent, v Brian Miller, Appellant. — Judgment unanimously affirmed. (See People v Graham, 76 AD2d 228.) (Appeal from judgment of Erie Supreme Court — manslaughter, second degree, etc.) Present — Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

█ In the Matter of Sam D'Angelo, Appellant, v James Di Bernardo, as Building Inspector of the City of North Tonawanda, Respondent. — Judgment unanimously affirmed, without costs, on the memorandum decision at Special Term. (Appeal from judgment of Niagara Supreme Court — art 78.) Present — Dillon, P. J., Simons, Schnepp, Callahan and Doerr, JJ. [106 Misc 2d 735.]

█ The People of the State of New York ex rel. Ellis Clanton, Appellant, v Harold J. Smith, as Superintendent of the Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see People ex rel. Wallace v State of New York, 70 AD2d 781, app dsmd 48 NY2d 1025). (Appeal from judgment of Wyoming Supreme Court — habeas corpus.) Present — Cardamone, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.